PROB 12C
(7/93)

Report Date: March 15, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 19 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Roque Arriaga          Case Number: 2:04CR02143-001

Address of Offender: 302 S. 13th Street #F, Sunnyside, WA 98944

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/25/2005

| | | | |
|---|---|---|---|
| Original Offense: | Bank Fraud and Aiding and Abetting, 18 U.S.C. §§ 1344 & 2 | | |
| Original Sentence: | Prison - 18 Months; TSR - 48 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 8/25/2006 |
| Defense Attorney: | Ken Therrien | Date Supervision Expires: | 8/24/2010 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/27/2006.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On January 21, 2007, Roque Arriaga was arrested for obstructing a law enforcement officer, Sunnyside Municipal Court case number 659662. |
| | According to an incident report from the Sunnyside Police Department, on January 21, 2007, officers were dispatched to a residence in regard to a vehicle prowl. Upon arriving at the scene, officers observed the suspect running toward an apartment complex. A foot pursuit ensued, and the suspect was subsequently found hiding under some bushes. The suspect was taken into custody and was identified as Roque Arriaga. |
| | Court records indicate the defendant was initially charged with second degree criminal trespass and obstruction. However, the criminal trespass charge was subsequently dismissed. On February 13, 2007, the defendant appeared in court and was sentenced to 365 days jail with 342 days suspended, and a $440 fine. |

Respectfully submitted,

by **Jose Vargas**
U.S. Probation Officer

Sworn to before me, and subscribed at Yakima, Washington

_/s/ Michael W. Leavitt_       3/15/07
U. S. Magistrate Judge Michael W. Leavitt       Date

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

3/19/07
Date